```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 21681
   KIMDRIC M WALLER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6507


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/18/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
----------------------------------------------------------------------
ACC                        UNSECURED      NOT FILED            .00             .00
US CELLULAR                UNSECURED      NOT FILED            .00             .00
AMERICAS FINANCIAL CHOIC   UNSECURED       1283.10             .00             .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00             .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00             .00
AT&T                       UNSECURED      NOT FILED            .00             .00
MCI                        UNSECURED      NOT FILED            .00             .00
CCA                        UNSECURED      NOT FILED            .00             .00
SOUTHWEST SURGERY CTR LL   UNSECURED      NOT FILED            .00             .00
DTE ENERGY                 UNSECURED      NOT FILED            .00             .00
GOVERNOR STATE UNIVERSIT   UNSECURED      NOT FILED            .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED      NOT FILED            .00             .00
VILLAGE OF LANSING         UNSECURED        750.00             .00             .00
UNVL CITI                  UNSECURED      NOT FILED            .00             .00
WELLS FARGO BANK NA        UNSECURED       6939.76             .00             .00
CITIFINANCIAL AUTO CREDI   SECURED VEHIC  23435.00             .00          705.00
CITIFINANCIAL AUTO CREDI   UNSECURED        606.08             .00             .00
COOK COUNTY TREASURER      SECURED         1464.75             .00           65.00
FAWN RIDGE ASSOC           SECURED          960.00             .00             .00
GREAT AMERICAN FINANCE     SECURED         1400.00             .00           45.00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG      .00              .00             .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE  17000.00             .00             .00
HOME EQUITY SERVICING CO   CURRENT MORTG      .00              .00             .00
HOME EQUITY SERVICING CO   MORTGAGE ARRE   3500.00             .00             .00
DEUTSCHE BANK NATIONAL     MORTGAGE NOTI  NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    284.00             .00          284.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                         385.80
TOM VAUGHN                 TRUSTEE                                          115.20
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              1,600.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21681 KIMDRIC M WALLER
```

```
PRIORITY                                                      284.00
SECURED                                                       815.00
UNSECURED                                                        .00
ADMINISTRATIVE                                                385.80
TRUSTEE COMPENSATION                                          115.20
DEBTOR REFUND                                                    .00
                                     ---------------   ---------------
TOTALS                                      1,600.00          1,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 03/05/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```